No. 10–6160. WALKER *v.* TILLMAN. Ct. Civ. App. Ala. Certiorari denied.

No. 10–6161. HOISINGTON *v.* WILLIAMS. C. A. 9th Cir. Certiorari denied.

No. 10–6162. HENDRICKS *v.* COHEN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6163. GONZALES *v.* CLARK, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–6165. HERRERA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6167. RHONE *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 10–6168. STINSKI *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–6171. GUTIERREZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6175. LABRANCHE *v.* ARGENT MORTGAGE CO. C. A. 5th Cir. Certiorari denied.

No. 10–6177. JENKINS *v.* STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6183. DELACRUZ *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6186. HINOJOSA *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6188. PREPETIT *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–6189. PREPETIT *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.